Date: 01/13/11      Page: 1

# LYDIA EVELYN SPRAGIN, TRUSTEE (552600)
## COURT REMITTANCES
Transaction Date Range Through 01/13/11

Debtor Name **NOWAK, MICHAEL MARK**
Case Number **01-50913**      Account No. 37549602416

**FILED 2011 JAN 18 PM 2:06**
US BANKRUPTCY COURT
NORTHERN DISTRICT OF
OHIO AKRON

## FUNDS REMITTED TO COURT

| Date | Check# | Payee | Check Amount | Claim # | Item# | Creditor | Claim Paid |
|---|---|---|---|---|---|---|---|
| 01/08/11 | 128 | CLERK, US BANKRUPTCY COURT | 522.34 | 11 | 11 | ASSOCIATES CAPITAL BANK | 522.34 |
| 01/08/11 | 129 | CLERK, US BANKRUPTCY COURT | 4,688.13 | 14 | 14 | PROVIDIAN NATIONAL BK | 4,688.13 |
| 01/08/11 | 130 | CLERK, US BANKRUPTCY COURT | 5,868.48 | 21 | 21 | STARK & KNOLL | 5,868.48 |
| 01/08/11 | 131 | CLERK, US BANKRUPTCY COURT | 21,640.21 | 000032 | 40 | PCFS FINANCIAL SERVICES | 21,640.21 |
| 01/08/11 | 132 | CLERK, US BANKRUPTCY COURT | 2,122.07 | 1 | 1 | RESERVE PARK 1 | 2,122.07 |
| 01/08/11 | 133 | CLERK, US BANKRUPTCY COURT | 32,400.00 | 23 | 23 | BROWN, PAUL & LOIS | 32,400.00 |

Account Totals    67,241.23

Case Totals    67,241.23

*Handwritten note:* Ck #129 receipt # 82063

*Signed:* Lydia E. Spragin, Trustee

Printed: 01/13/11 11:59 PM    Ver: 16.01c

COURTREM