Date: 01/13/11 Page: 1

# LYDIA EVELYN SPRAGIN, TRUSTEE (552600)
## COURT REMITTANCES
Transaction Date Range Through 01/13/11

Debtor Name NOWAK, MICHAEL MARK
Case Number 01-50913
Account No. 3754902215

**FUNDS REMITTED TO COURT**

| Date | Check# | Payee | Check Amount | Claim # | Item# | Creditor | Claim Paid |
|---|---|---|---|---|---|---|---|
| 01/08/11 | 128 | CLERK, US BANKRUPTCY COURT | 522.34 | 11 | 11 | ASSOCIATES CAPITAL BANK | 522.34 |
| 01/08/11 | 129 | CLERK, US BANKRUPTCY COURT | 4,688.13 | 14 | 14 | PROVIDIAN NATIONAL BK | 4,688.13 |
| 01/08/11 | 130 | CLERK, US BANKRUPTCY COURT | 5,868.48 | 21 | 21 | STARK & KNOLL | 5,868.48 |
| 01/08/11 | 131 | CLERK, US BANKRUPTCY COURT | 21,640.21 | 000032 | 40 | PCFS FINANCIAL SERVICES | 21,640.21 |
| 01/08/11 | 132 | CLERK, US BANKRUPTCY COURT | 2,122.07 | 1 | 1 | RESERVE PARK 1 | 2,122.07 |
| 01/08/11 | 133 | CLERK, US BANKRUPTCY COURT | 32,400.00 | 23 | 23 | BROWN, PAUL & LOIS | 32,400.00 |
| | | Account Totals | 67,241.23 | | | | 67,241.23 |
| | | Case Totals | 67,241.23 | | | | |

FILED 2011 JAN 18 PM 2:05
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO, AKRON

Ck # 130
Receipt # 82063

Printed: 01/13/11 11:59 PM Ver: 16.01c

COURTREM

01-50913-mss   Doc 115   FILED 01/18/11   ENTERED 01/18/11 14:41:09   Page 1 of 1