Date: 01/13/11　　Page: 1

LYDIA EVELYN SPRAGIN, TRUSTEE (552600)
COURT REMITTANCES
Transaction Date Range Through 01/13/11

Debtor Name　NOWAK, MICHAEL MARK　　　　　　　　　　　　　　　　　　Account No.　375490?215
Case Number　01-50913

FILED
2011 JAN 18 PM 2:07
BANKRUPTCY COURT
NORTHERN DISTRICT OF
OHIO AKRON

| Date | Check# | Payee | Check Amount | Claim # | Item# | Creditor | Claim Paid |
|---|---|---|---|---|---|---|---|
| **FUNDS REMITTED TO COURT** | | | | | | | |
| 01/08/11 | 128 | CLERK, US BANKRUPTCY COURT | 522.34 | 11 | 11 | ASSOCIATES CAPITAL BANK | 522.34 |
| 01/08/11 | 129 | CLERK, US BANKRUPTCY COURT | 4,688.13 | 14 | 14 | PROVIDIAN NATIONAL BK | 4,688.13 |
| 01/08/11 | 130 | CLERK, US BANKRUPTCY COURT | 5,868.48 | 21 | 21 | STARK & KNOLL | 5,868.48 |
| 01/08/11 | 131 | CLERK, US BANKRUPTCY COURT | 21,640.21 | 000032 | 40 | PCFS FINANCIAL SERVICES | 21,640.21 |
| 01/08/11 | 132 | CLERK, US BANKRUPTCY COURT | 2,122.07 | 1 | 1 | RESERVE PARK 1 | 2,122.07 |
| 01/08/11 | 133 | CLERK, US BANKRUPTCY COURT | 32,400.00 | 23 | 23 | BROWN, PAUL & LOIS | 32,400.00 |
| | | Account Totals | 67,241.23 | | | | |
| | | Case Totals | 67,241.23 | | | | |

Ck #132
Receipt # 82063

01-50913-mss　　Doc 117　　FILED 01/18/11　　ENTERED 01/18/11 14:43:40　　Page 1 of 1

COURTREM　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 01/13/11 11:59 PM　Ver: 16.01c