FILED
2011 FEB -9 PM 3:31
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: | Case No. 01-50913 |
| MICHAEL MARK NOWAK<br>CHRISTINA SUSAN NOWAK | Chapter 7<br><br>ORDER |
| Debtors | |

WHEREAS, Petitioner, Reserve Park I has filed its "Motion For Leave To File Petition For Unclaimed Funds" on paper; and

WHEREAS, the Court finds said Motion to be well-taken.

NOW, THEREFORE, IT IS ORDERED that Reserve Park 1 is hereby granted leave to file its Petition For Unclaimed Funds on paper.

IT IS SO ORDERED.

_____
Judge

2/9/11
_____
Date